UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH MILLER )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NORTH CAROLINA STATE )<br>UNIVERSITY )<br>       Defendant. ) | **JUDGMENT**<br><br>No. 5:18-CV-523-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 6, 2019, and for the reasons set forth more specifically therein, the court GRANTS defendant's motion to dismiss.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 6, 2019, that by plaintiff's failure to timely file motion to amend her complaint, as allowed by order of the court entered August 6, 2019, the court dismisses the complaint with prejudice.

**This Judgment Filed and Entered on August 30, 2019, and Copies To:**
M. Jackson Nichols  (via CM/ECF Notice of Electronic Filing)
Nora F. Sullivan  (via CM/ECF Notice of Electronic Filing)

August 30, 2019                   PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk